IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRANCE FITZPATRICK,**<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>**JEROME WALSH, Superintendent,**<br>**PA STATE ATTORNEY GENERAL, and**<br>**NORTHAMPTON COUNTY DISTRICT**<br>**ATTORNEY'S OFFICE,**<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br><br>NO.  13-6743 |

# O R D E R

**AND NOW**, this 10th day of October, 2014, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Terrance Fitzpatrick, the record in this case, the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated September 15, 2014, and *pro se* petitioner's Objection to Report and Recommendation, **IT IS ORDERED** as follows:

　　　　1.　　　The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated September 15, 2014, is **APPROVED AND ADOPTED**;

　　　　2.　　　The Objection to Report and Recommendation filed by *pro se* petitioner, Terrance Fitzpatrick is **OVERRULED** for the reasons stated by Magistrate Judge Angell in the Report and Recommendation dated September 15, 2014;

　　　　3.　　　The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Terrance Fitzpatrick, is **DISMISSED**; and,

　　　　4.　　　A certificate of appealability will not issue because reasonable jurists would not

debate the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                    **BY THE COURT:**

                                    **/s/ Hon. Jan E. DuBois**

                                    **DuBOIS, JAN E., J.**